# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN; BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 PENSION PLAN; AND THE BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS LOCAL UNION 525 APPRENTICE AND JOURNEYMAN TRAINING TRUST FOR SOUTHERN NEVADA, | Case No. 2:14-cv-01027-APG-PAL |
| Plaintiffs, | **DEFAULT JUDGMENT** |
| vs. | |
| SECURITY PLUMBING & AIR CONDITIONING, a Nevada corporation, | |
| Defendant. | |

Before the Court is Plaintiffs, Boards of Trustees of the Plumbers and Pipefitters Union Local 525 Health and Welfare Trust and Plan's, the Plumbers and Pipefitters Union Local 525 Pension Plan's, and the Plumbers and Pipefitters Local Union 525 Apprentice and Journeyman Training Trust for Southern Nevada's (collectively, "Trust Funds"), Motion for Default Judgment against Defendant Security Plumbing & Air Conditioning. Default having been entered against Security Plumbing & Air Conditioning and the Court having reviewed the Trust Funds' Motion, and good cause appearing:

/ / / /

/ / / /

/ / / /

/ / / /

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IT IS HEREBY ORDERED that judgment is entered against Defendant Security Plumbing & Air Conditioning in favor of the Trust Funds in the amount of $343,517, representing delinquent contributions, liquidated damages, interest, audit fees, and attorney's fees and costs.

DATED this 26th day of January, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

2