Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:    (702) 382-8135
Email: asegal@bhfs.com
Email: bcloveland@bhfs.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN; BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 PENSION PLAN; AND THE BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS LOCAL UNION 525 APPRENTICE AND JOURNEYMAN TRAINING TRUST FOR SOUTHERN NEVADA,<br><br>Plaintiffs,<br><br>vs.<br><br>SECURITY PLUMBING & AIR CONDITIONING, a Nevada corporation,<br><br>Defendant. | Case No. 2:14-cv-01027-APG-PAL<br><br><br><br>**AMENDED ORDER FOR DEFAULT JUDGMENT** |

Before the Court is Defendant Security Plumbing & Air Conditioning's ("Security Plumbing") Motion to Set Aside Default Judgment (the "Motion"). Having reviewed Security Plumbing's Motion and having heard oral argument on October 13, 2015, and good cause appearing:

020136\0079\13611776.1                                             1

IT IS HEREBY ORDERED that the Motion is Granted as to Plaintiff's January 26, 2015 Default Judgment, wherein the prior Order granting Plaintiff's Default Judgment against Security Plumbing for monetary damages shall be set aside because the Complaint did not seek monetary damages. However, the Motion is denied as to Security Plumbing's request to set aside the Default obtained by Plaintiff on August 29, 2014 (ECF No. 9).

IT IS FURTHER ORDERED that the January 26, 2015, default judgment entered against Defendant Security Plumbing & Air Conditioning (ECF No. 11) in favor of the Plaintiffs is hereby amended such that Security Plumbing will be compelled to deliver or make available to the Plaintiffs all papers and documentation within Security Plumbing's possession or control, which were previously requested by Plaintiffs on or before the date the original motion was filed and are necessary to permit the Trust Funds or their designee to perform an Audit.

IT IS FURTHER ORDERED that Plaintiffs shall be granted the right to amend their Complaint.

DATED this 26th day of October, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

| Respectfully submitted by: | Approved by: |
|---|---|
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | TONY M. MAY, P.C. |
| /s/ Bryce C. Loveland | /s/ Tony M. May |
| Adam P. Segal, Esq., Nevada Bar No. 6120 | Tony M. May, Esq. |
| Bryce C. Loveland, Esq., Nevada Bar No. 10132 | Nevada Bar No. 8563 |
| 100 North City Parkway, Suite 1600 | Bruce N. Willoughby |
| Las Vegas, Nevada 89106-4614 | Nevada Bar No. 8311 |
| Telephone: 702.382.2101 | 703 S 8th St. |
| Facsimile: 702.382.8135 | Las Vegas, Nevada 89101 |
| Attorneys for Plaintiffs | Attorneys for Defendant |