Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Christopher M. Humes
Nevada Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile:   (702) 382-8135
Email: asegal@bhfs.com
Email: bcloveland@bhfs.com
Email: chumes@bhfs.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN; BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 PENSION PLAN; AND BOARD OF TRUSTEES OF PLUMBERS AND PIPEFITTERS LOCAL UNION 525 APPRENTICE AND JOURNEYMAN TRAINING TRUST FOR SOUTHERN NEVADA,<br><br>Plaintiffs,<br><br>vs.<br><br>FRANCISCO GONZALEZ-FARIAS, an individual; HUDSON INSURANCE AGENCY, a New York corporation; MOUNTAIN LION PLUMBING, INC., a Nevada corporation; GABRIELLA NAVARRO, an individual; SECURITY PLUMBING AND AIR CONDITIONING, a Nevada corporation,<br><br>Defendants. | Lead Case No. 2:14-cv-01027-APG-PAL<br><br>Consolidated with Case No. 2:15-cv-00824-APG-CWH and 2:15-cv-01148-LDG-GWF<br><br>**STIPULATION AND ORDER TO DISMISS CLAIMS AGAINST DEFENDANT HUDSON INSURANCE AGENCY WITHOUT PREJUDICE** |

020136\0079\14294770.1                                    1

The Boards of Trustees of the Plumbers and Pipefitters Union Local 525 Health and Welfare Trust and Plan, the Plumbers and Pipefitters Union Local 525 Pension Plan, and the Plumbers and Pipefitters Local Union 525 Apprentice and Journeyman Training Trust for Southern Nevada (collectively "Local Trust Funds"), and Defendant Hudson Insurance Agency, by and through their counsel of record, hereby stipulate and agree that all of the Local Trust Funds' claims are hereby dismissed without prejudice. Each party to bear its own fees and costs.

| | |
|---|---|
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | TONY M. MAY, P.C. |
| /s/ Christopher M. Humes | /s/ Tony M. May |
| Adam P. Segal, Esq.<br>Nevada Bar No. 6120<br>Bryce C. Loveland, Esq.<br>Nevada Bar No. 10132<br>Christopher M. Humes<br>Nevada Bar No. 12782<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada  89106-4614 | Bruce N. Willoughby, Esq.<br>Tony M. May, Esq.<br>703 S. Eighth Street<br>Las Vegas, NV 89101 |
| *Attorneys for Local Trust Funds* | *Attorneys for Defendant Hudson Insurance Agency* |
| Dated: January 5, 2016. | Dated: January 5, 2016. |

**ORDER**

**IT IS SO ORDERED.**

Dated:  January 5, 2016.

_____
UNITED STATES DISTRICT JUDGE