UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN, et al.<br><br>　　　　　　　Plaintiffs,<br>　v.<br><br>SECURITY PLUMBING & AIR CONDITIONING, et al.<br><br>　　　　　　　Defendants. | Case No. 2:14-cv-01027-APG-PAL<br><br>**ORDER** |

This matter is before the court on Defendants' failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint (Dkt. #1) in this matter was filed June 24, 2015. Defendants filed an Answer November 2, 2015. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except habeas corpus cases) counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires.

　　　　To date, Defendants have failed to comply.

　　　　Accordingly,

/ / /

/ / /

/ / /

**IT IS ORDERED** Defendant shall file their certificate of interested parties, which fully complies with LR 7.1-1 **no later than 4:00 p.m., February 2, 2016.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

Dated this 19th day of January, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE