1  **CHRISTENSEN JAMES & MARTIN**
   KEVIN B. CHRISTENSEN, ESQ. (175)
2  LAURA J. WOLFF, ESQ. (6869)
   7440 W Sahara Ave.
3  Las Vegas, NV 89021
   PH: (702) 255-1718
4  FAX: (702) 255-0871
   kbc@cjmlv.com,
5  ljw@cjmlv.com
   *Attorneys for National Funds*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND AND INTERNATIONAL TRAINING FUND,<br><br>　　　　Plaintiffs,<br>vs.<br><br>SECURITY PLUMBING & AIR CONDITIONING, a Nevada Corporation; MOUNTAIN LION PLUMBING, INC., a Nevada Corporation; HUDSON INSURANCE AGENCY, a New York Corporation; AEGIS SECURITY INSURANCE COMPANY, a Pennsylvania Corporation; AMERICAN SAFETY CASUALTY INSURANCE COMPANY, a New Hampshire Corporation; FRANCISCO GONZALEZ- FARIAS, an individual; GABRIELLA NAVARRO, an individual; JOHN DOES I-X and ROE CORPORATIONS I-X, INCLUSIVE,<br><br>　　　　Defendants. | Lead Case No. 2:14-cv-01027-APG-PAL<br><br>Consolidated with Case No. 2:15-cv-00824-APG-CWH and 2:15-cv-01148-LDG-GWF<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANTS HUDSON INSURANCE AGENCY, AEGIS SECURITY INSURANCE COMPANY AND AMERICAN SAFETY CASUALTY INSURANCE COMPANY WITHOUT PREJUDICE** |

1

The Plaintiffs, Trustees of the Plumbers and Pipefitters National Pension Fund and International Training Fund, by and through their attorneys, Christensen James & Martin, and Defendants Hudson Insurance Agency ("Hudson"), AEGIS Security Insurance Company ("AEGIS") and American Safety Casualty Insurance Company ("ASCIC")(hereafter Hudson, AEGIS and ASCIC collectively "Defendants"), by and through their attorneys, Tony M. May, P.C., hereby stipulate and agree that said Defendants shall be dismissed in the above-entitled action without prejudice.  Each party shall bear their own fees and costs.

DATED this 20th day of January, 2016.

| CHRISTENSEN JAMES & MARTIN | TONY M. MAY, P.C. |
|---|---|
| */s/Laura J. Wolff* | */s/ Tony M. May* |
| Kevin B. Christensen, Esq.<br>Nevada Bar No. 175<br>Laura J. Wolff, Esq.<br>Nevada Bar No. 6869<br>7440 W. Sahara Ave.<br>Las Vegas, Nevada  89117 | Bruce N. Willoughby, Esq.<br>Nevada Bar No. 8311<br>Tony M. May, Esq.<br>Nevada Bar No. 8563<br>703 S. Eighth Street<br>Las Vegas, NV 89101 |
| *Attorneys for National Trust Funds* | *Attorneys for Defendants Hudson, AEGIS and ASCIC* |
| Dated: January 20, 2016. | Dated: January 20, 2016. |

### ORDER

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
Dated:  January 20, 2016.

*///*

*///*

2