TONY M. MAY, ESQ.
Nevada Bar No. 8563
BRUCE N. WILLOUGHBY, ESQ.
Nevada Bar No. 8311
TONY M. MAY, P.C.
703 South 8th ST
Las Vegas, Nevada 89101
Telephone: (702) 388-0404
Facsimile: (702) 830-5699
Email: tmay@tmm-law.com
Email: bnw@tmm-law.com

*Attorneys for Defendants FRANCISCO GONZÁLEZ-FÁRIAS; MOUNTAIN LION PLUMBING, INC.; GABRIELA NAVARRO; and SECURITY PLUMBING & AIR CONDITIONING*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN, et al. <br><br> Plaintiffs, <br> vs. <br><br> SECURITY PLUMBING AND AIR CONDITIONING, a Nevada Corporation, <br><br> Defendants. | **Lead Case No.:** 2:14-cv-01027-APG-PAL <br> **Member Case:** 2:15-cv-00824-APG-CWH <br> **Member Case:** 2:15-cv-01148-LDG-GWF |
| BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN, et al. <br><br> Plaintiffs, <br> vs. <br><br> MOUNTAINLION PLUMBING, INC., a Nevada corporation, et. al. <br><br> Defendants. | **ORDER ON MOTION TO WITHDRAW AS ATTORNEYS OF RECORD** |

*Motion to Withdraw as Attorneys of Record*
- 1 -

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND AND INTERNATIONAL TRAINING FUND,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>SECURITY PLUMBING & AIR CONDITIONING, a Nevada Corporation., et al.<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER ON MOTION TO WITHDRAW AS ATTORNEYS OF RECORD

WHEREAS, the law firm of TONY M. MAY, P.C., having filed with this court it's MOTION TO WITHDRAW AS ATTORNEYS OF RECORD for Defendants in this matter (hereinafter "Motion") on February 22, 2016.

WHEREAS, the law firm of Tony M. May, P.C. provided this Court with the last known address and telephone numbers of Defendants FRANCISCO GONZALEZ-FARIAS, GABRIELLA NAVARRO, SECURITY PLUMBING & AIR CONDITIONING and MOUNTAIN LION PLUMBING, INC. as follows:

FRANCISCO GONZALEZ-FARIAS
4213 Lower Saxon
North Las Vegas, Nevada 89085
Telephone: (702) 415-6994

GABRIELLA NAVARRO
4213 Lower Saxon
North Las Vegas, Nevada 89085
Telephone: (702) 415-0805

SECURITY PLUMBING & AIR CONDITIONING
c/o FRANCISCO GONZALEZ-FARIAS as President and Registered Agent of the company
4213 Lower Saxon
North Las Vegas, Nevada 89085
Telephone: (702) 415-6994

MOUNTAIN LION PLUMBING, INC.
c/o GABRIELLA NAVARRO as Registered Agent of the company
4008 Alameda Avenue
Las Vegas, Nevada 89110
Telephone: (702) 415-0805

MOUNTAIN LION PLUMBING, INC.
c/o FRANCISCO BACERRA as President of the company
80 Levi Avenue
Las Vegas, Nevada 89103
Telephone: (702) 415-0805

///

*Motion to Withdraw as Attorneys of Record*
- 2 -

WHEREAS, this Court, having found good cause to grant said motion, hereby enters the following Order:

### ORDER

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

- The MOTION TO WITHDRAW AS ATTORNEYS OF RECORD for Defendants (1) FRANCISCO GONZALEZ-FARIAS; (2) MOUNTAIN LION PLUMBING, INC.; (3) GABRIELA NAVARRO; and (4) SECURITY PLUMBING & AIR CONDITIONING is hereby GRANTED;

- Further, Defendants SECURITY PLUMBING & AIR CONDITIONING, INC. and MOUNTAIN LION PLUMBING, INC., *pursuant to 28 U.S.C.A. § 1654*, **SHALL HAVE UNTIL March 28, 2016** to obtain new counsel and have said new counsel file a notice of appearance in this matter.

DATED this 25th day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

TONY M. MAY, P.C.

*/s/ Tony May*
Tony M. May, Esq.
Nevada Bar No. 8563
Bruce N. Willoughby
Nevada Bar No. 8311
703 South 8th Street
Las Vegas, Nevada 89101
Telephone:  *(702) 388-0404*
Facsimile:  *(702) 830-5699*

*Attorneys for Defendants FRANCISCO GONZALEZ-FARIAS; MOUNTAIN LION PLUMBING, INC.; GABRIELA NAVARRO; and SECURITY PLUMBING & AIR CONDITIONING*

LAW OFFICES OF
*TONY M. MAY, P.C.*
703 S 8th ST
Las Vegas, Nevada 89101
Telephone: (702) 388-0404
Facsimile: (702) 830-5699