Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Christopher M. Humes
Nevada Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:    (702) 382-8135
Email: asegal@bhfs.com
Email: bcloveland@bhfs.com
Email: chumes@bhfs.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN; BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 PENSION PLAN; AND BOARD OF TRUSTEES OF PLUMBERS AND PIPEFITTERS LOCAL UNION 525 APPRENTICE AND JOURNEYMAN TRAINING TRUST FOR SOUTHERN NEVADA, | Lead Case No. 2:14-cv-01027-APG-PAL<br><br>Consolidated with Case Nos. 2:15-cv-00824-APG-CWH and 2:15-cv-01148-LDG-GWF |
| Plaintiffs, | |
| vs. | **NOTICE OF NONOPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |
| FRANCISCO GONZALEZ-FARIAS, an individual; HUDSON INSURANCE AGENCY, a New York corporation; MOUNTAIN LION PLUMBING, INC., a Nevada corporation; GABRIELLA NAVARRO, an individual; SECURITY PLUMBING AND AIR CONDITIONING, a Nevada corporation, | |
| Defendants. | |

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

Plaintiffs, the Boards of Trustees of the Plumbers and Pipefitters Union Local 525 Health and Welfare Trust and Plan, the Plumbers and Pipefitters Union Local 525 Pension Plan, and the Plumbers and Pipefitters Local Union 525 Apprentice and Journeyman Training Trust for Southern Nevada (collectively, "Local Trust Funds"), notify the Court that Defendants Security Plumbing and Air Conditioning, Mountain Lion Plumbing, Inc., Francisco Gonzalez-Farias, and Gabriella Navarro (collectively "Defendants") have not responded to the Local Trust Funds' Motion for Summary Judgment (the "Motion"). (ECF No. 71, filed July 6, 2016.) The time to respond as established by Local Rule 7-2(b) has expired and none of the Defendants have requested additional time to respond.

Pursuant to Local Rule 7-2(d), "[f]ailure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Plaintiffs therefore request that the Court construe Defendants' failure to oppose as an admission that the Motion is meritorious, and as consent to grant the Local Trust Funds' Motion for Summary Judgment.

Therefore, the Local Trust Funds respectfully request the Court grant their Motion. A proposed order is attached as Exhibit 1.

Dated: August 12, 2016

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Christopher M. Humes

Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Christopher M. Humes
Nevada Bar No. 12782
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:    (702) 382-8135
*Attorneys for Plaintiffs*

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

020136\0079\14946742.1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of Brownstein Hyatt Farber Schreck, LLP and that on August 12, 2016, I served a true copy of the foregoing **NOTICE OF NONOPPOSITION TO MOTION FOR SUMMARY JUDGMENT** upon:

| | |
|---|---|
| Francisco Gonzalez-Farias<br>4213 Lower Saxon<br>North Las Vegas, NV 89085<br>Telephone: (702) 415-6994 | Sara D. Cope, Esq.<br>Kevin B. Christensen, Esq.<br>Laura J. Wolff, Esq.<br>Christensen James & Martin<br>7440 W. Sahara Ave. |
| Security Plumbing & Air Conditioning<br>c/o Francisco Gonzalez-Farias  - Resident Agent<br>4213 Lower Saxon<br>North Las Vegas, NV 89085<br>Telephone: (702) 415-6994 | Las Vegas, NV 89117<br>Telephone: (702) 255-1718<br>Facsimile: (702) 255-0871<br>Email: sdc@cjmlv.com<br>Email: kbc@cjmlv.com<br>Email: ljw@cjmlv.com |
| Gabriella Navarro<br>4213 Lower Saxon<br>North Las Vegas, NV 89085<br>Telephone: (702) 415-0805 | *Attorneys for Counsel Plaintiffs, Trustees of the Plumbers and Pipefitters National Pension Fund and International Training Fund* |
| Mountain Lion Plumbing, Inc.<br>c/o Gabriella Navarro - Resident Agent<br>4008 Alameda Avenue<br>Las Vegas, NV 89110<br>Telephone: (702) 415-0805 | |

☒ **a.  U.S. MAIL (Pro Se Defendants)**

☒ **b.  BY CM/ECF SYSTEM**

**I declare under penalty of perjury that the foregoing is true and correct.**

/s/ Ebony Davis

An Employee of Brownstein Hyatt Farber Schreck, LLP