1

1  Adam P. Segal, Esq.
   Nevada Bar No. 6120
2  Bryce C. Loveland, Esq.
   Nevada Bar No. 10132
3  Christopher M. Humes
   Nevada Bar No. 12782
4  BROWNSTEIN HYATT FARBER SCHRECK, LLP
5  100 North City Parkway, Suite 1600
   Las Vegas, Nevada 89106-4614
6  Telephone: (702) 382-2101
   Facsimile:   (702) 382-8135
7  Email: asegal@bhfs.com
   Email: bcloveland@bhfs.com
8  Email: chumes@bhfs.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN; BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 PENSION PLAN; AND BOARD OF TRUSTEES OF PLUMBERS AND PIPEFITTERS LOCAL UNION 525 APPRENTICE AND JOURNEYMAN TRAINING TRUST FOR SOUTHERN NEVADA,<br><br>Plaintiffs,<br><br>vs.<br><br>FRANCISCO GONZALEZ-FARIAS, an individual; HUDSON INSURANCE AGENCY, a New York corporation; MOUNTAIN LION PLUMBING, INC., a Nevada corporation; GABRIELLA NAVARRO, an individual; SECURITY PLUMBING AND AIR CONDITIONING, a Nevada corporation,<br><br>Defendants. | Lead Case No. 2:14-cv-01027-APG-PAL<br><br>Consolidated with Case Nos. 2:15-cv-00824-APG-CWH and 2:15-cv-01148-LDG-GWF<br><br>**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT** |

4

020136\0079\14946742.1

Before the Court is Plaintiffs', Boards of Trustees of the Plumbers and Pipefitters Union Local 525 Health and Welfare Trust and Plan's, the Plumbers and Pipefitters Union Local 525 Pension Plan's, and the Plumbers and Pipefitters Local Union 525 Apprentice and Journeyman Training Trust for Southern Nevada's (collectively, "Local Trust Funds"), Motion for Summary Judgment ("Motion") against Security Plumbing & Air Conditioning, Mountain Lion Plumbing, Inc., Francisco Gonzalez-Farias and Gabriella Navarro (collectively "Defendants"). Defendants were properly served on July 6, 2016, and did not file an Opposition to Plaintiffs' Motion. Therefore, pursuant to Local Rule 7-2(d), and good cause appearing:

IT IS HEREBY ORDERED that Plaintiffs' Motion for Summary Judgment is GRANTED.

IT IS FURTHER ORDERED that judgment is entered against Defendants Security Plumbing & Air Conditioning, Mountain Lion Plumbing, Inc., Francisco Gonzalez-Farias and Gabriella Navarro, jointly and severally, in favor of the Local Trust Funds in the amount of $1,927,376, representing delinquent contributions, liquidated damages, interest, Audit fees and attorney's fees and costs.

DATED this ____ day of _____, 2016.

_____
DISTRICT COURT JUDGE

Submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP


By: /s/ Christopher M. Humes
Adam P. Segal, Esq., Nevada Bar No. 6120
Bryce C. Loveland, Esq., Nevada Bar No. 10132
Christopher M. Humes, Nevada Bar No. 12782
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
*Attorneys for Plaintiffs*

020136\0079\14946742.1