UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN, *et al.*,<br><br>                       Plaintiffs,<br>v.<br><br>SECURITY PLUMBING & AIR CONDITIONING,<br><br>                       Defendant. | Lead Case No.: 2:14-cv-01027-APG-PAL<br><br>Member Case No.: 2:15-cv-00824-APG-PAL<br><br>Member Case No. 2:15-cv-01148-APG-PAL<br><br>**ORDER GRANTING MOTION TO RECONSIDER**<br><br>(ECF No. 70) |
| BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN, *et al.*,<br><br>                       Plaintiffs,<br>v.<br><br>FRANCISCO GONZALEZ-FARIAS, *et al.*,<br><br>                       Defendants. | |
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND AND INTERNATIONAL TRAINING FUND,<br><br>                       Plaintiffs,<br>v.<br><br>SECURITY PLUMBING & AIR CONDITIONING, *et al.*,<br>                       Defendants. | |

      I previously ordered the plaintiffs to return the $8,129.00 collected from defendant Security Plumbing's bank account. ECF No. 64. Since then, Security Plumbing has not participated in this case, and the plaintiffs have moved for default judgment and summary judgment against Security Plumbing. The plaintiffs now ask me to reconsider my order that they return the funds. ECF No.

70. I agree with the plaintiffs that good cause exists for the plaintiffs to temporarily retain those funds until the court rules on the pending motions.

IT IS THEREFORE ORDERED that the plaintiffs' motion to reconsider **(ECF No. 70) is GRANTED**. The plaintiffs may temporarily retain the $8,129.00 collected from Security Plumbing's bank account pursuant to the Default Judgment.

Dated: September 14, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE