UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN, *et al.*,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>SECURITY PLUMBING & AIR CONDITIONING,<br><br>　　　　　　　Defendant. | Lead Case No.: 2:14-cv-01027-APG-PAL<br><br>Member Case No.: 2:15-cv-00824-APG-PAL<br><br>Member Case No. 2:15-cv-01148-APG-PAL<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION AND STRIKING ANSWERS**<br><br>(ECF Nos. 62, 84) |
| BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN, *et al.*,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>FRANCISCO GONZALEZ-FARIAS, *et al.*,<br><br>　　　　　　　Defendants. | |
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND AND INTERNATIONAL TRAINING FUND,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>SECURITY PLUMBING & AIR CONDITIONING, *et al.*,<br><br>　　　　　　　Defendants. | |

On October 24, 2016, Magistrate Judge Leen entered her Report and Recommendation recommending that I strike the Answers filed by defendants Security Plumbing and Air Conditioning; Mountain Lion Plumbing, Inc.; Francisco Gonzalez-Farias; and Gabriella Navarro. ECF No. 84.  No objection has been filed to that Report and Recommendation.  Thus, I am not

required to conduct "any review at all ... of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). The Ninth Circuit has confirmed that a district court is not required to review a magistrate judge's report and recommendation where no objection has been filed. *See United States v. Reyna–Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise."); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D.Ariz. 2003) (Based on *Thomas* and *Reyna–Tapia,* "district courts are not required to conduct any review at all . . . of any issue that is not the subject of an objection."). Because there is no objection to Judge Leen's recommendation, I may accept the recommendation without review. Therefore,

IT IS HEREBY ORDERED that the Report and Recommendation is accepted. Plaintiffs Trustees of the Plumbers and Pipefitters National Pension Fund and International Training Funds' Motion to Strike Answer **(ECF No. 62)** and the Limited Joinder thereto **(ECF No. 65) are GRANTED.** The Answers filed by defendants Security Plumbing and Air Conditioning; Mountain Lion Plumbing, Inc.; Francisco Gonzalez-Farias; and Gabriella Navarro are stricken.

Dated: November 30, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE