Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Christopher M. Humes
Nevada Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: asegal@bhfs.com
Email: bcloveland@bhfs.com
Email: chumes@bhfs.com

Attorneys for Plaintiffs



**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN; BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 PENSION PLAN; AND BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS LOCAL UNION 525 APPRENTICE AND JOURNEYMAN TRAINING TRUST FOR SOUTHERN NEVADA,

Plaintiffs,

vs.

FRANCISCO GONZALEZ-FARIAS, an individual; HUDSON INSURANCE AGENCY, a New York Corporation; MOUNTAIN LION PLUMBING, INC., a Nevada Corporation; GABRIELLA NAVARRO, an individual; SECURITY PLUMBING AND AIR CONDITIONING, a Nevada corporation,

Defendants.

Case No. 2:14–cv–01027–APG–PAL

**JOINT STATUS REPORT**

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

Plaintiffs, Board of Trustees for the Plumbers and Pipefitters Local 525 Health and Welfare Trust; Board of Trustees for the Plumber and Pipefitters Local 525 Pension Plan; and Board of Trustees for the Plumbers and Pipefitters Local 525 Apprentice and Journeyman Training Trust for Southern Nevada (the "Trust Funds"), and Defendants, Francisco Gonzalez-Farias ("Gonzalez"), Gabriella Navarro ("Navarro"), Mountain Lion Plumbing, Inc. ("Mountain Lion"), and Security Plumbing and Air Conditioning ("Security Plumbing") (the "Defendants") (collectively the "Parties") hereby jointly file this Status Report pursuant to Magistrate Judge Peggy A. Leen's December 12, 2017, Minute Order. (ECF No. 141.)

The Parties rescheduled and held the judgment debtor examinations of Gonzalez, both in his individual capacity and acting as a representative of Mountain Lion on January 25, 2018. Security Plumbing attended, but after exploratory questions in the judgment debtor examination of Mountain Lion, the Trust Funds determined that a judgment debtor examination was not needed at that time. Moreover, the Parties agreed prior to January 25, 2018, that while Navarro was willing to attend, the Trust Funds agreed that Navarro's examination was not needed at this time. The Trust Funds reserved their right to take the deposition of Navarro at a later date, and Defendants agreed to produce her upon request.

Additionally, the Trust Funds have submitted invoices to Defendants for the costs of the court reporter resulting from the Defendants' nonappearance at the prior judgment debtor examinations. Defendants agree that the costs are reasonable and payment shall be made by Defendants to the Trust Funds.

///

///

The Parties therefore jointly request that the Court vacate the upcoming status check scheduled for January 30, 2018, at 9:00 A.M.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Christopher M. Humes
Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Christopher M. Humes, Esq.
Nevada Bar No. 12782
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: asegal@bhfs.com
Email: bcloveland@bhfs.com
Email: chumes@bhfs.com

*Attorneys for Plaintiffs*

Dated: January 29, 2018.

KUNG & BROWN

/s/ Brandy Brown
Brandy Brown, Esq.
Nevada Bar No. 9987
214 South Maryland Parkway
Las Vegas, Nevada 89101
Telephone: (702) 382-0883
Facsimile: (702) 382-2720
Email: bbrown@ajkunglaw.com

*Attorneys for Defendants*

Dated: January 29, 2018.

**IT IS ORDERED** that the status check scheduled for January 30, 2018, at 9:00 a.m., is **VACATED.**

Dated this 29th day of January, 2018.

Peggy A. Leen
United States Magistrate Judge

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101